(1da)

**HOWARD TRAPP INCORPORATED**
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant
**FILED**
DISTRICT COURT OF GUAM
AUG - 5 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ( | CR 98-00219 (CV 04-00021) |
| Plaintiff, | ) ( | |
| vs. | ) ( | NOTICE OF APPEAL |
| ISARAEL DUARTE-ROSAS, | ) ( | |
| Defendant. | ) | |

------------

Notice is hereby given that Isarael Duarte-Rosas, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying defendant's motion under 28 U.S.C. § 2255 entered in this action on July 13, 2005.

Dated at Hagåtña, Guam, this 5th day of August, 2005.

*/s/ Howard Trapp*
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(DOCUMENT\NtcofAppl.IDuarte-Rosas)

**ORIGINAL**