UNITED STATES DISTRICT COURT OF GUAM
TERRITORY OF GUAM
FILE NUMBER(-S) 98-CR-00219 & 04-CV-00021

ISRAEL DUARTE-ROSAS, )
    Defendant-Petitioner )
v. ) NOTICE OF APPEAL
UNITED STATES OF AMERICA, )
    Plaintiff-Respondent )

FILED
DISTRICT COURT OF GUAM
AUG - 8 2005
MARY L.M. MORAN
CLERK OF COURT

Notice is hereby given that above-named defendant-petitioner Israel Duarte-Rosas hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying motion to vacate, set aside, or correct sentence (28 U.S.C. 2255) entered in this action on the 13th day of July, 2005.

DATED: July 31, 2005.

    Israel Duarte-Rosas
    Inmate Reg. No.
    Unit D
    Federal Correctional Institution
    Waseca, MN 56093 PO Box 1731

(s)/_____
Attorney for (_____)
(Address: _____)

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the United States of America an original and one(1) true copy of the foregoing NOTICE OF APPEAL, mailing same first class postage paid upon/through the office of the clerk of the U.S. Dist. Ct. of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam, this 31st day of July, 2005, depositing same in "Legal/Special Mail"-box, located at P.O. Box 1731, Federal Correctional Institution-Waseca, MN 56093.

    Israel Duarte-Rosas
    Inmate Reg. No.      Unit D
    Federal Correctional Institution-
    Waseca, MN 56093 P.O.Box 1731