FILED
DISTRICT COURT OF GUAM

AUG 1 0 2005

MARY L.M. MORAN
**DISTRICT COURT OF GUAM** CLERK OF COURT

**TERRITORY OF GUAM**

| | |
|---|---|
| ISARAEL DUARTE-ROSAS, | Criminal Case No. 98-00219 |
| Defendant-Petitioner, | Civil Case No. 04-00021 |
| vs. | **O R D E R** |
| | **DENYING CERTIFICATE OF APPEALABILITY** |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Respondent. | |

This matter comes before the Court on Petitioner Israel Duarte-Rosas' Notice of Appeal from this Court's DENIAL of his Motion to Correct Sentence pursuant to 28 U.S.C. § 2255.[1] The Notice of Appeal shall be construed as an Application for a Certificate of Appealability. *See* FED. R. APP. P. 22(b). A Certificate of Appealability may be issued from a final order in a proceeding under § 2255 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Duarte-Rosas has made no such showing. Therefore, the Court declines to issue a Certificate of Appealability.

**SO ORDERED** this 9th day of August, 2005.

*David O. Carter*

**DAVID O. CARTER**
**United States District Judge**[*]

---

[1] *See* Docket No. 42.

[*] The Honorable David O. Carter, Central District of California, sitting by designation.