IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
SEP -7 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ACTION IN CRIMINAL CASE 98-cr-00219 |
| v. | ) MOTION – TO DISMISS INFORMATION |
| ISARAEL ROSAS-DUARTE, | ) |
| Defendant | ) |

COMES NOW the above-named defendant, Isarael Rosas-Duarte, and hereby requests an ORDER of this Honorable Court, dismissing the INFORMATION that was filed against him on September 25, 1998, alleging a violation of Title 21 U.S.C., Section(-s) 952(a), 960, and 963, conspiracy to import heroin, one (1) count, in accordance with Title 18 U.S.C., Section(-s) 3288, 3282(a), 3173, 3162(a)(1),(2), and 3161(b), respectively. Defendant has now been in custody of the United States Attorney General/United States Marshals Service/U.S. Department of Justice, Federal Bureau of Prisons, for more than six(6) – almost seven(7) – years for an offense that does not exist against the United States of America, after, merely, an arrest of defendant for an offense – if one existed – that must/shall be prosecuted (tried) based on an INDICTMENT only, violating defendant's rights, guaranteed him under the Sixth Amendment to the United States Constitution, to a speedy trial (after arrest or indictment, whichever occurs first), as well as, defendant's rights under the Fifth Amendment to the United States Constitution, namely, due process (the process/procedure(-s) due defendant attendant to the indictment process, itself) – as the U.S. Attorney is without authority to try defendant on an INFORMATION only (in the Territory of Guam, please see Rules 1, 7(a)(1)(B), and 54(a) of the Federal Rules of Criminal Procedure; 48U.S.C.1424 (and 1984 Amendments), 1424-4; the Historical Note to Rule 7, F.R.Cr.P., and; 1991 Amendment(-s) to Rule 54, F.R.Cr.P.), and the right not to criminate/incriminate oneself (based on a plea bargain to a charge that wasn't properly brought before this Court, let alone, doesn't even exist against the United States of America, importation of something/ anything into Guam, which is not the United States of America/not a U.S. state/not even customs territory of the United States of America). Defendant's Fifth Amendment right, guaranteed him under the United States Constitution, as well, to be tried by INDICTMENT has been violated by the mere absence thereof, also/further causing this Court to lose jurisdiction of the offense. UNITED STATES v. MACKLIN, 523 F.2d 193,196(2d Cir. 1975), and cases cited

therein. "... defects in subject-matter jurisdiction require correction regardless of whether the error was raised in district court." UNITED STATES v. COTTON, (2002) 535 US 625,630, 152 L Ed 2d 860, 867, 122 S Ct 1781; LOUISVILLE & NASHVILLE R. CO. v. MOTTLEY, 211 US 149, 53 L Ed 126, 29 S Ct 42 (1908). "For the trial judge must make informed decisions prior to trial which will depend on whether the offense may be so punished. He must decide, among other things...whether indictment rather than information is necessary, Federal Rules of Criminal Procedure, Rule 7. ..." SMITH v. UNITED STATES, (1959) 360 US 1,8,9, 3 L Ed 2d 1041,1047-48, 79 S Ct 991. "Attention to constitutional duties will remain sharp so long as responsibility for their enforcement remains undiluted." PADOR v. MATANANE, 653 F.2d 1277, 1279 (CA9 1981). Until there is a valid indictment handeddown by a valid grand jury in this case, defendant languishes in a federal prison as if never even having been properly charged, prosecuted, tried, or convicted; truly a miscarriage of justice that must not be allowed to continue. (Even in a case similar to this, CABACCANG, there was an indictment.)

WHEREFORE, defendant, Isarael Rosas-Duarte, prays for an ORDER of this Honorable Court, granting him the relief requested herein, dismissal of the INFORMATION (charge) against him in Criminal Case No. 98-cr-00219, and any and all other further and just relief this Honorable Court deems appropriate.

DATED this 30th day of August, 2005.

Respectfully submitted,

Isarael Rosas-Duarte,
Defendant

CERTIFICATE OF SERVICE

Mailed (served), first class postage paid, this 30th day of August, 2005, to &/or upon the UNITED STATES of AMERICA, mailing/depositing same to the Clerk, Honorable Miss Mary M.L.Moran, of the United States District Court for the Territory of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910, an original and one(1) true copy of the foregoing MOTION-TO DISMISS INFORMATION, depositing same in the Inmate "Special Legal Mail"-box, located at P.O. Box 1731, Federal Correctional Institution-Waseca, MN 56093.

Isarael Rosas-Duarte,
Defendant INMATE NO. 01738-09
P.O. BOX 1731 UNIT D
FEDERAL CORRECTIONAL
INSTITUTION-WASECA, MN 56093