

FILED
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISARAEL DUARTE-ROSAS,<br><br>Defendant. | Criminal Case No. 98-00219<br><br>**O R D E R**<br><br>Regarding Defendant's Motion to Dismiss Information |

This matter comes before the Court regarding Petitioner, Isarael Duarte-Rosas ("Duarte-Rosas") Motion to Dismiss Information ("motion") filed on September 7, 2005. The Court notes that it recently denied a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 that was previously filed by Duarte-Rosas.[1] Likewise, the Court recently dismissed a similar petition for habeas relief under § 2241 in which Duarte-Rosas alleged that his conviction and sentence are invalid because no indictment was obtained with regard to his case.[2] In the instant motion Duarte-Rosas again asserts that the Information in his case should be dismissed and his conviction overturned, since he can only be prosecuted by indictment.[3]

---

[1] *See* "Order Denying Motion to Vacate, Set Aside or Correct Sentence [28 U.S.C. § 2255]" filed July 13, 2005, Docket No. 43.

[2] *See* Order filed September 1, 2005 dismissing Duarte-Rosas petition in CV 05-00027.

[3] Upon review of the filings in this matter, the Court finds that Duarte-Rosas' contentions have no merit. An information was filed in this matter to which Duarte-Rosas entered a plea to the lone charge contained therein. *See* Docket No. 7. Part of the plea agreement in this matter was Duarte-Rosas' waiver of an indictment in this case. *See* Plea Agreement ¶ 1, Docket No. 8. On September 25, 1998 the defendant waived indictment, and entered his guilty plea to the charge contained in the information pursuant to the guilty plea. *See* Waiver of Indictment, Docket No. 6 and Transcript of Change of Plea, Docket No. 13.

The Court finds that Duarte-Rosas' is attempting to attack the validity of his conviction and sentence. This assertion is better construed as a successive collateral attack on his conviction pursuant to 28 U.S.C. § 2255. However, this is Petitioner's third motion for habeas relief,[4] and Petitioner has yet to receive certification from the Ninth Circuit to file a successive motion. Accordingly, this Court lacks jurisdiction to consider the present motion.

IT IS THEREBY ORDERED that Duarte-Rosas' motion is DISMISSED.

**SO ORDERED** this ___ day of September, 2005.

_____
Lloyd D. George
United States District Judge

---

[4] Duarte-Rosas' first petition under § 2255 was filed on April 13, 2004 and was subsequently denied on July 7, 2005. His second petition pursuant to 28 U.S.C. § 2241 was filed in CV 05-00027 on August 22, 2005 and subsequently denied for failure to obtain authorization from the Ninth Circuit on August 31, 2005.

[*] The Honorable Lloyd D. George, United States Senior District Judge for Nevada, by designation.