# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**
NOV 22 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-16664 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-04-00021-DOC |
| v. | CR-98-00219-DOC |
|  | District of Guam, Agana |
| ISARAEL DUARTE-ROSAS, |  |
| Defendant - Appellant. | ORDER |

**FILED**
DISTRICT COURT OF GUAM
NOV 23 2005
MARY L.M. MORAN
CLERK OF COURT

Before: LEAVY and PAEZ, Circuit Judges

The request for a certificate of appealability is granted as to the issue whether the district court erred by enforcing the provision in appellant's plea agreement waiving his right to collaterally attack his conviction and sentence. *See* 28 U.S.C. § 2253(c)(2).

Counsel's motion to withdraw is granted.

New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Renee Martinez, Deputy Clerk, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910, (FAX: 671- 473-9152), who will locate appointed counsel. The district court shall

provide this court with the name and address of appointed counsel within 14 days of locating counsel.

Appellant's opening brief is due January 18, 2006; appellee's answering brief is due February 22, 2006; the optional reply brief is due within 14 days after service of the answering brief.