**FILED**

DISTRICT COURT OF GUAM

NOV 30 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **98-00219** |
| Plaintiff, | Court of Appeals No. **05-16664** |
| vs. | |
| **ISARAEL DUARTE-ROSAS,** | **APPOINTMENT ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that **CURTIS VAN DE VELD** is appointed to represent the defendant in the above-entitled case pursuant to the Order issued from the Ninth Circuit Court of Appeals, filed November 23, 2005.

Dated this 29th day of November, 2005.

JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL