# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Isarael Duarte-Rosas,<br><br>　　　　Defendant. | Case No. 1:98-cr-00219<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *USCA Order filed November 23, 2005 and the Appointment Order filed November 30, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *U.S. Attorney's Office* | *Curtis Van de Veld* |
|---|---|---|
| *November 23, 2005* | *December 1, 2005* | *December 2, 2005* |
| *(USCA Order only)* | *(Appointment Order only)* | |

The following individual was served by first class mail on December 2, 2005:

　　*Isarael Duarte-Rosas*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*USCA Order filed November 23, 2005 and the Appointment Order filed November 30, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 2, 2005　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk