# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Respondent,<br><br>                vs.<br><br>ISARAEL DUARTE-ROSAS,<br><br>  Defendant-Petitioner. | Criminal Case No. 98-00219<br><br>Civil Case No. 04-00021<br><br>**ORDER** |

This court in its order of May 7, 2007, directed the U.S. Marshal to return the defendant to Guam at least ten (10) days prior to the evidentiary hearing scheduled for July 23, 2007. It has come to the court's attention that the defendant was delayed in his transport to Guam and will not be present for purposes of the scheduled hearing. Accordingly, the evidentiary hearing scheduled for July 23, 2007 is hereby vacated and rescheduled to Thursday, September 6, 2007 at 9:00 a.m. The United States Marshal is ordered to ensure the defendant's presence in person for said hearing. The defendant shall be returned to Guam no later than August 20, 2007. The Marshal shall notify the court in writing when the defendant has arrived on island.

**SO ORDERED.**

                                              **/s/ Frances M. Tydingco-Gatewood**
                                                   **Chief Judge**
                                                **Dated: Jul 19, 2007**