# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

United States of America

**NOTICE**

V.

Israael Duarte-Rosas      CASE NUMBER: CR-98-00219-001

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**EVIDENTIARY HEARING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | Thursday, September 6, 2007 at 9:00 a.m. | Tuesday, September 11, 2007at 9:00 a.m. |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 29, 2007**      /s/ Leilani R. Toves Hernandez
DATE      (BY) DEPUTY CLERK

TO:      U.S. Attorney's Office
            Curtis C. Van de Veld, Esq.
            U.S. Probation Office
            U.S. Marshals Service