# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-98-00219　　　　　　　　DATE: September 28, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley / Sara Weber　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　Electronically Recorded: 9:11:22 - 11:17:17;
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11:30:11 - 12:06:00;
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:13:31 - 2:43:04
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Isarael Duarte-Rosas　　　　　Attorney: Curtis Van de Veld
☒ Present ☒ Custody ☐ Bond ☐ P.R.　　☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Marivic P. David　　　　　U.S. Agent: Ken Bowman, DEA
U.S. Probation: None Present　　　　　　U.S. Marshal: V. Roman / T. Muna / G. Perez
Interpreter: Omaira Brunal-Perry　　　　Language: Spanish

**PROCEEDINGS: Evidentiary Hearing**

- Witnesses sworn and examined - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable). .
- Court takes issue under advisement.
  Defendant remanded.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA

V.

ISARAEL DUARTE-ROSAS

**EXHIBIT AND WITNESS LIST**

Case Number: CR-98-00219

| PRESIDING JUDGE<br>**FRANCES M. TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**CURTIS VAN DE VELD** |
|---|---|---|
| EVIDENTIARY HEARING<br>Date: **SEPTEMBER 28, 2007** | COURT REPORTER<br>**VIRGINIA T. KILGORE** | COURTROOM DEPUTY<br>**VIRGINIA T. KILLGORE** |

| JOINT | PLF. NO. | DEF NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 9:26:38 SGT. MICHAEL AGUON, CALLED AND SWORN |
| | | | | | DX by Ms. David |
| | | | | | 9:45:41 CX by Mr. Van de Veld |
| | | | | | 9:53:03 HEIDI L. WOJNO, CALLED AND SWORN |
| | | | | | DX by Ms. David |
| | | | | | 10:27:15 Voir dire of witness by Mr. Van de Veld |
| | | | | | 10:52:40 Court finds that Ms. Wojno is a qualified expert witness. |
| | | | | | 10:54:44 Continued DX by Ms. David |
| | | | | | 10:56:40 CX by Mr. Van de Veld |
| | | | | | 11:12:26 Re-DX by Ms. David |
| | | | | | 11:16:17 Re-CX by Mr. Van de Veld |
| | | | | | 11:17:17 10 Minute Recess |
| | | | | | 11:30:11 Court in session |
| | | | | | Recall of witness, Heidi Wojno by Court |
| | | | | | 11:40:03 Witness Excused |
| | | A | 9/28/2007 | 9/28/2007 | 11:40:26 Letter from defendant to Judge Unpingco |
| | | | | | Mr. Van de Veld presented the complaint, plea agreement, information, transcript of change of plea proceedings, judgment, letter and the 2255 pleadings documents as factual evidence. Ms. David moved to include the amended presentence report. Mr. Van de Veld objected. Court deferred ruling. |
| | | | | | 12:06:00 Court in recess |
| | | | | | 1:13:31 Court in session |
| | | | | | 1:39:54 Opening Argument by Mr. Van de Veld |
| | | | | | 2:02:16 Opening Argument by Ms. David |
| | | | | | 2:13:15 Rebuttal Argument by Mr. Van de Veld |
| | 1 | | 9/28/2007 | 9/28/2007 | Alleged Drugs Black Tar Heroin (2 pages) |
| | 2 | | 9/28/2007 | 9/28/2007 | Alleged Drugs Black Tar Heroin (2 pages) |
| | | B | 9/28/2007 | 9/28/2007 | Pages 049 and 050 of excerpts |
| | | | | | 2:43:04 Court Adjourned |
| | 3 | | 9/28/2007 | 9/28/2007 | Statement of Qualifications |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages