5-14-08
TO WHOM IT MAY CONCERN,



FILED
DISTRICT COURT OF GUAM
STAMPED IN ERROR
JUN 03 2008
JEANNE G. QUINATA
Clerk of Court

I WOULD LIKE TO KNOW IF YOU CAN PROVIDE ME A COPY OF THE DOCUMENTS OF MY HEARING THAT HAPPENED AROUND SEPTEMBER OR OCTOBER 2007.

MY ATTORNEY HAS NOT GIVEN ME A COPY FOR MY REVIEW. THANK YOU FOR YOUR HELP.

Isurael Rosas Duarte

FILED
DISTRICT COURT OF GUAM

MAY 2 1 2008 2:0.

JEANNE G. QUINATA
Clerk of Court

RECEIVED
MAY 2 1 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM



Isarael Rojas Dequito
P.O. Box. 32 3
agaTna Guam 9

REGISTERED
VIA AIR MAIL
CORRETO AEREO
PAR AVION
CONFIRMED
2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Clerk's Office
DisTrict CourT Of Guam
4TH Floor us. CoorTHouse
520 WesT SoleDad AvenUe
agaTna Guam 96910

LOXUS COMFORT TIFFANY