TO: COURT CLERK

I am kindly requesting for your help. I was Arrested in October of 2002 & I am requesting If you could provide me a Copy of the address in Calexico California also a Copy of my arrest papers in Central California.

Thank You

**FILED**
DISTRICT COURT OF GUAM
JUN 05 2008 P.D.
JEANNE G. QUINATA
Clerk of Court

**RECEIVED**
JUN 05 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

