

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

**FILED**
DISTRICT COURT OF GUAM

JUN 18 2008

JEANNE G. QUINATA
Clerk of Court

June 18, 2008

Mr. Isarael Rosas-Duarte
P.O. Box 3236
Hagåtña, Guam 96932

    Re:    CR-98-00219

Mr. Rosas-Duarte:

    In response to your recent letters, enclosed are the requested documents as to CR-98-00219.

    As to the Calexico, California address and copies of your arrest papers, please be advised that our files do not contain these records.

Sincerely,

Carmen B. Santos
Deputy Clerk

Enclosures

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>vs.<br><br>ISARAEL DUARTE-ROSAS,<br><br>Defendant-Petitioner. | Criminal Case No. 98-00219<br><br>Civil Case No. 04-00021<br><br>**ORDER** |

This matter is before the court on remand from the Ninth Circuit Court of Appeals ("Ninth Circuit"). The Ninth Circuit ordered that this court conduct an evidentiary hearing. *See United States v. Duarte-Rosas*, 2007 WL 582845 (9th Cir. February 20, 2007). Accordingly, an evidentiary hearing in this matter is scheduled for Wednesday, July 25, 2007 at 1:30 p.m. The evidence at the hearing will be limited to that which will assist the court in determining the meaning of "elsewhere" as contained in Petitioner Isarael Duarte-Rosas ("Duarte-Rosas") plea agreement and whether Duarte-Rosas is "actually innocent" of conspiracy to import heroin. *Id. See also United States v. Benboe*, 157 F. 3d 1181, 1184 (9th Cir. 1998).

Attorney Curtis Van de Veld shall continue as Duarte-Rosas' counsel for purposes of this hearing. The United States Marshal is ordered to ensure Duarte-Rosa's presence in person for said hearing. Duarte-Rosas shall be returned to Guam at least ten (10) days prior to said hearing.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 07, 2007

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>    vs.<br><br>ISARAEL DUARTE-ROSAS,<br><br>    Defendant-Petitioner. | Criminal Case No. 98-00219<br><br>Civil Case No. 04-00021<br><br>**ORDER** |

This court in its order of May 7, 2007, directed the U.S. Marshal to return the defendant to Guam at least ten (10) days prior to the evidentiary hearing scheduled for July 23, 2007. It has come to the court's attention that the defendant was delayed in his transport to Guam and will not be present for purposes of the scheduled hearing. Accordingly, the evidentiary hearing scheduled for July 23, 2007 is hereby vacated and rescheduled to Thursday, September 6, 2007 at 9:00 a.m. The United States Marshal is ordered to ensure the defendant's presence in person for said hearing. The defendant shall be returned to Guam no later than August 20, 2007. The Marshal shall notify the court in writing when the defendant has arrived on island.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 19, 2007

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

| United States of America | **NOTICE** |
|---|---|
| V. | |
| Israel Duarte-Rosas | CASE NUMBER: CR-98-00219-001 |

TYPE OF CASE:
☐ CIVIL   X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

EVIDENTIARY HEARING

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, GU 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Tuesday, September 11, 2007<br>at 9:00 a.m. | RESCHEDULED TO DATE AND TIME<br><br>Friday, September 28, 2007 at 9:00 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 6, 2007     /s/ Leilani R. Toves Hernandez
DATE     (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
       Curtis C. Van de Veld, Esq.
       U.S. Probation Office
       U.S. Marshals Service

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-98-00219　　　　　　　　DATE: September 28, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley / Sara Weber　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 9:11:22 - 11:17:17;
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11:30:11 - 12:06:00;
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:13:31 - 2:43:04

CSO: N. Edrosa

## APPEARANCES:

Defendant: Isarael Duarte-Rosas　　　　　Attorney: Curtis Van de Veld
☒ Present ☒ Custody ☒ Bond ☒ P.R.　　☒ Present ☒ Retained ☒ FPD ☒ CJA
U.S. Attorney: Marivic P. David　　　　　U.S. Agent: Ken Bowman, DEA
U.S. Probation: None Present　　　　　　U.S. Marshal: V. Roman / T. Muna / G. Perez
Interpreter: Omaira Brunal-Perry　　　　Language: Spanish

## PROCEEDINGS: Evidentiary Hearing

- Witnesses sworn and examined - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable). .
- Court takes issue under advisement.
  Defendant remanded.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA

V.

ISARAEL DUARTE-ROSAS

**EXHIBIT AND WITNESS LIST**

Case Number: CR-98-00219

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>CURTIS VAN DE VELD |
|---|---|---|
| EVIDENTIARY HEARING<br>Date: SEPTEMBER 28, 2007 | COURT REPORTER<br>VIRGINIA T. KILGORE | COURTROOM DEPUTY<br>VIRGINIA T. KILLGORE |

| JOINT | PLF. NO. | DEF NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 9:26:38 SGT. MICHAEL AGUON, CALLED AND SWORN |
| | | | | | DX by Ms. David |
| | | | | | 9:45:41 CX by Mr. Van de Veld |
| | | | | | 9:53:03 HEIDI L. WOJNO, CALLED AND SWORN |
| | | | | | DX by Ms. David |
| | | | | | 10:27:15 Voir dire of witness by Mr. Van de Veld |
| | | | | | 10:52:40 Court finds that Ms. Wojno is a qualified expert witness. |
| | | | | | 10:54:44 Continued DX by Ms. David |
| | | | | | 10:56:40 CX by Mr. Van de Veld |
| | | | | | 11:12:26 Re-DX by Ms. David |
| | | | | | 11:16:17 Re-CX by Mr. Van de Veld |
| | | | | | 11:17:17 10 Minute Recess |
| | | | | | 11:30:11 Court in session |
| | | | | | Recall of witness, Heidi Wojno by Court |
| | | | | | 11:40:03 Witness Excused |
| | | A | 9/28/2007 | 9/28/2007 | 11:40:26 Letter from defendant to Judge Unpingco |
| | | | | | Mr. Van de Veld presented the complaint, plea agreement, information, transcript of change of plea proceedings, judgment, letter and the 2255 pleadings documents as factual evidence. Ms. David moved to include the amended presentence report. Mr. Van de Veld objected. Court deferred ruling. |
| | | | | | 12:06:00 Court in recess |
| | | | | | 1:13:31 Court in session |
| | | | | | 1:39:54 Opening Argument by Mr. Van de Veld |
| | | | | | 2:02:16 Opening Argument by Ms. David |
| | | | | | 2:13:15 Rebuttal Argument by Mr. Van de Veld |
| | 1 | | 9/28/2007 | 9/28/2007 | Alleged Drugs Black Tar Heroin (2 pages) |
| | 2 | | 9/28/2007 | 9/28/2007 | Alleged Drugs Black Tar Heroin (2 pages) |
| | | B | 9/28/2007 | 9/28/2007 | Pages 049 and 050 of excerpts |
| | | | | | 2:43:04 Court Adjourned |
| | 3 | | 9/28/2007 | 9/28/2007 | Statement of Qualifications |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages